| | |
|---|---|
| 10/04/2022 | Judge Teresa H Pearson |

| | | |
|---|---|---|
| 02:00 22-30228-thp11 | AAIM CARE, LLC - db | |
| | Dr. Stephen Fritz - cr | SUSAN FORD; GARRETT EGGEN |
| | US Trustee, Portland -ust | CHRISTIAN TORIMINO |

**Matter: Show Cause Hearing Re: 189 Order Granting Expedited MOTION FOR ORDER TO APPEAR AND SHOW CAUSE WHY DR. SANJEEV JAIN AND RAJEEV JAIN SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH ORDER GRANTING MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATIONS AND PRODUCTION OF DOCUMENTS REGARDING DEBTOR AND NON-DEBTOR AFFILIATES AND CHASE BANK Filed by Creditor Stephen Fritz, M. D. (EGGEN, GARRETT) Doc# 161**

Additional Appearances: Dr. Sanjeev Jain; Rajeev Jain

Summary of Proceedings

Sworn and testified: Dr. Sanjeev Jain; Rajeev Jain.

After testimony and argument from the parties, the Court found that there was cause to hold Dr. Sanjeev Jain and Rajeev Jain in contempt for failure to comply with the Rule 2004 examination order requiring production of documents entered on 6/27/2022 (ECF No. 125). The Court will award attorney fees and costs to Dr. Fritz and against Dr. Sanjeev Jain and Rajeev Jain for the reasonable amounts Dr. Fritz has incurred to date to enforce compliance with the order by Dr. Sanjeev Jain and Rajeev Jain.

Counsel for Dr. Fritz shall submit a fee itemization, which Dr. Sanjeev Jain and Rajeev Jain will have an opportunity to review and object to in the ordinary course, and the court will determine the reasonable fees and costs.

In the meantime, Dr. Sanjeev Jain and Rajeev Jain still need to comply with the Rule 2004 examination order. If they have not complied and produced the remaining documents required by the order by 10/19/2022, Dr. Fritz's counsel should inform the court, and the court will consider the necessity for further sanctions to ensure compliance.

Order to be prepared by:  _____ Clerk's Office  _____ Chambers  Other:

Minute Order: