10/11/2022                                                                                                  Judge  Teresa H Pearson

| 10:30 22-30228-thp11 | AAIM CARE, LLC - db | THEODORE J PITEO |
| | Dr. Stephen Fritz - cr | SUSAN FORD; GARRETT EGGEN |
| | Chase Bank, NA - cr | STEVEN LINKON |
| | Amy E Mitchell -tr | |
| | US Trustee, Portland -ust | CHRISTIAN TORIMINO |

**Matter: Motion to Extend Time To Produce Documents. Filed by CMD Group, LLC Re: 125 Order Granting 108 Application for Examination of DR. SANJEEV JAIN, RAJEEV JAIN, AND CHASE BANK, N.A. Under Rule 2004 filed by Creditor Stephen Fritz, M. D.. (lew) (lew) Doc# 204**

Additional Appearances: Susan Goodman, patient care ombudsman; Dr. Jain; Rajeev Jain

Summary of Proceedings

Court will deny the motion for 3 reasons: (1) CMD Group was not ordered to produce anything, so it does not have standing to file this motion; (2) this motion was not filed by counsel and an entity may only appear through counsel, and (3) the motion was filed after the deadline to request it, but without meeting the standard of excusable neglect set out in the U.S. Supreme Court's *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 113 S. Ct. 1489, 123 L. Ed. 2d 74 (1993) decision.

Order to be prepared by:        _____  Clerk's Office        _____  Chambers        Other:

Minute Order:

For the reasons set forth above and on the record, the Court DENIES the motion to extend time to produce documents filed by CMD Group, LLC (ECF No. 204).

Teresa H. Pearson
U.S. Bankruptcy Judge