Garrett S. Eggen, OSB No. 222197
Susan S. Ford, OSB No. 842203
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: geggen@sussmanshank.com
sford@sussmanshank.com

Attorneys for Creditor Stephen B. Fritz, M.D.

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>AAIM Care, LLC,<br><br>    Debtor-in-Possession. | Case No. 22-30228-thp11<br><br>DECLARATION OF GARRETT S. EGGEN REGARDING COURT'S CONTEMPT RULING AND STATUS OF DR. SANJEEV JAIN AND RAJEEV JAIN'S PRODUCTION UNDER EXHIBIT B TO THE RULE 2004 ORDER AS OF OCTOBER 20, 2022 |

I, Garrett S. Eggen, declare as follows:

1. I am an attorney with the firm of Sussman Shank LLP, and one of the attorneys for Stephen Fritz, M.D. who is an interested party in this action. My business address and telephone number are set forth above. I make this declaration from my own personal knowledge, except to the extent otherwise stated.

2. On October 4, 2022, this Court held a hearing (the "Hearing") on the Order [Docket No. 189] directing Dr. Sanjeev Jain and Mr. Rajeev Jain (the "Jains") to appear and show cause why an order should not be issued holding them in contempt of court for failing to comply with the Rule 2004 Order [Docket No. 125].

Page 1 of 3 - DECLARATION OF GARRETT S. EGGEN REGARDING COURT'S CONTEMPT RULING AND STATUS OF DR. SANJEEV JAIN AND RAJEEV JAIN'S PRODUCTION UNDER EXHIBIT B TO THE RULE 2004 ORDER AS OF OCTOBER 20, 2022

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 22-30228-thp11    Doc 223    Filed 10/20/22

3.  At the conclusion of the Hearing, the Court found that there was cause to hold the Jains in contempt for their failure to comply with the Rule 2004 Order and awarded attorneys fees and costs to Dr. Fritz and against the Jains for the reasonable amounts Dr. Fritz had incurred to enforce compliance with the Rule 2004 Order by the Jains. Also at the Hearing, the Court directed the Jains to comply with the Rule 2004 Order by producing the remaining documents requested thereunder no later than October 19, 2022 (the "Deadline"). The Court also noted that should the Jains not comply with the Rule 2004 Order by the Deadline that it would consider the necessity for further sanctions to ensure their compliance.

4.  On October 17, 2022, Mr. Rajeev Jain sent an email to Ms. Amy Mitchell, myself, and others including certain documents responsive to the Rule 2004 Order. In this email, Mr. Rajeev Jain indicated that the Jains had fulfilled their obligations to produce the documents that Ms. Amy Mitchell identified as outstanding under the Rule 2004 Order in her Report [Docket No. 214].

5.  On October 18, 2022, I sent an email to Dr. Sanjeev Jain and Mr. Rajeev Jain recognizing that while certain responsive documents had been produced since the Hearing, there were many documents outstanding under Exhibit B to the Rule 2004 Order that the Jains had failed to produce. These missing items included, among other things, bank statements and tax returns for any of the Debtor-Related Entities and certain governance documents and employment agreements related to certain of the Debtor-Related Entities. This email is attached hereto as Exhibit A.

6.  From roughly 10:30 p.m. on October 18, 2022 through October 19, 2022 (i.e., the Deadline by which the Jains were required to comply with the Rule 2004 Order), both Dr. Sanjeev Jain and Rajeev Jain sent several emails containing documents believed to be responsive to Exhibit B to the Rule 2004 Order, including certain employment agreements, governance documents, and bank statements.

7.  On the morning of October 20, 2022 and after a brief review of the documents

Page 2 of 3 - DECLARATION OF GARRETT S. EGGEN REGARDING COURT'S CONTEMPT RULING AND STATUS OF DR. SANJEEV JAIN AND RAJEEV JAIN'S PRODUCTION UNDER EXHIBIT B TO THE RULE 2004 ORDER AS OF OCTOBER 20, 2022

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 22-30228-thp11    Doc 223    Filed 10/20/22

produced by the Jains after receiving my October 18, 2022 email, I concluded that the Jains had only produced certain bank statements of the Debtor-Related Entities from the years 2018 and 2019 and that several tax returns of the Debtor-Related Entities had not been produced.

8. The results of my initial review on October 20, 2022 were confirmed by the fact that Dr. Sanjeev Jain continued to produce what have been represented to be bank statements throughout October 20, 2022, after the Court's Deadline of October 19, 2022. However, as of the time of filing this Declaration, no documents purported to be the missing tax returns of certain of the Debtor-Related Entities (including Idaho Allergy, LLC, Pacifica Medical Group, LLC, or Northwest Allergy & Asthma Specialists, LLC) have been produced.

9. The review of the documents produced by the Jains under the Rule 2004 Order is ongoing, and Dr. Fritz reserves all rights to continue this review and further report to the Court on whether any documents the Jains are required to produce under the Rule 2004 Order are still outstanding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of October, 2022 in Portland, Oregon.

By */s/ Garrett S. Eggen*
Garrett S. Eggen

Page 3 of 3 - DECLARATION OF GARRETT S. EGGEN REGARDING COURT'S CONTEMPT RULING AND STATUS OF DR. SANJEEV JAIN AND RAJEEV JAIN'S PRODUCTION UNDER EXHIBIT B TO THE RULE 2004 ORDER AS OF OCTOBER 20, 2022

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 22-30228-thp11    Doc 223    Filed 10/20/22

| From: | Garrett S. Eggen |
|---|---|
| Sent: | Tuesday, October 18, 2022 2:03 PM |
| To: | Sanjeev Jain; 'Rajeev Jain' |
| Cc: | Susan S. Ford |
| Subject: | Rule 2004 Order - Exhibit B Compliance Issues |

Dr. Sanjeev Jain and Mr. Rajeev Jain,

This email serves as Dr. Fritz's response to your assertion that your obligations under Exhibit B to the Rule 2004 Order have been fulfilled. While recognizing that certain documents have been produced, there are still obvious deficiencies in your production that are worth noting. I am hopeful that these deficiencies can be resolved <u>by tomorrow</u>, the deadline by which the Court required you to produce all remaining documents under Exhibit B to the Rule 2004 Order. Otherwise, Dr. Fritz intends to pursue all rights and remedies available to him under the Court's contempt ruling, including the filing of a statement identifying the deficiencies in production under Exhibit B to the Rule 2004 Order.

The major missing items under Exhibit B to the Rule 2004 Order include:

- Other than for Idaho Allergy, LLC ("Idaho Allergy"), the CMD Management Agreements you provided could not be accessed on our system. Please provide the remaining management agreements in pdf form.
- General Ledgers for Pacifica Medical Group, LLC ("Pacifica") and CMD Group, LLC ("CMD") have not been provided for any years.
- We have not received any bank statements for any of the Debtor-Related Entities.
- We have not received Governance Documents (i.e. operating agreements, certificates of formation, etc.) for Idaho Allergy or Northwest Allergy & Asthma Specialists, LLC ("Northwest Allergy").
- We have not received tax returns or profit and loss statements for any Debtor-Related Entities.
- We have not received employment agreements between Dr. Jain and Pacifica or Northwest.
- We have not received any documents or correspondence related to Pacifica's purchase of AAIM Care, LLC. While I understand that you have provided documents for Dr. Jain's purchase of AAIM Care from Dr. Hasset, we still need to receive documents reflecting the second transaction as this is required under the Rule 2004 Order.

Our review of the documents produced thus far remains ongoing. As such, Dr. Fritz reserves all rights to conduct a further review of the documents produced and to request additional production or take further action to ensure that compliance with Exhibit B to the Rule 2004 Order is achieved.

Thank you in advance for your cooperation. Should you have any questions, please do not hesitate to contact me.

Best,

**Garrett S. Eggen**
Attorney
1000 SW Broadway, Suite 1400 | Portland, OR 97205
O: 503.227.1111 | D: 503.972.4257
Email | Web



**Important Notice to Recipients:** This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

# CERTIFICATE OF SERVICE

I, Janine E. Hume, declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 S.W. Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on October 20, 2022, I served, **via first class mail,** the **DECLARATION OF GARRETT S. EGGEN REGARDING COURT'S CONTEMPT RULING AND STATUS OF DR. SANJEEV JAIN AND RAJEEV JAIN'S PRODUCTION UNDER EXHIBIT B TO THE RULE 2004 ORDER AS OF OCTOBER 20, 2022**, on the following:

Dr Sanjeev Jain
43575 Mission Blvd., Suite 716
Fremont, CA 94539

Rajeev Jain
CMD-Group Management Contract
3240 S. White Rd., Suite 275
San Jose, CA 95148

Dr. Sanjeev Jain
Pacifica Medical Group, LLC
1406 SE 164th, Suite 250
Vancouver, WA 98683

I further certify that on October 20, 2022, I served the above referenced documents on all ECF participants as indicated on the Court's Cm/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 20, 2022.

*/s/ Janine E. Hume*
_____
Janine E. Hume

CERTIFICATE OF SERVICE - Page 1

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 22-30228-thp11 Doc 223 Filed 10/20/22