Below is an order of the court.

_____
TERESA H. PEARSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re | Case No. _____ |
|---|---|
| | Amended |
| Debtor(s) | **ORDER ON CLAIM OBJECTION** |

This matter having come before the court on the objection (docket #_____) to proof of claim no. _____,
*The creditor was listed as a scheduled unsecured claim on Debtor's bankruptcy schedules [Doc. No. 36].
IT IS ORDERED that the claim be disallowed or allowed as follows:

   Disallowed in full.

   Disallowed for any distribution.

   Disallowed for future distribution greater than the amount already paid ($_____).

   Allowed as (*fill in each blank even if amount is $0*)

     a secured claim for $ _____,

     a priority unsecured claim for $ _____, and

     a nonpriority unsecured claim for $ _____.

   The amount of the arrearage is $ _____.

###

763.5 (12/1/2019)